## PAR PAINTING, INC. *v.* GREENHORNE & O'MARA, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 317 (AC 19013), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Anthony V. Zeolla,* in support of the petition.

*Steven W. Varney*, in opposition.

Decided March 22, 2001